IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMIN SARIASLAN,** | 2:07-cv-00501-GEB-EFB (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. On May 15, 2007, respondent filed a request for an extension of time in which to file an answer.

FOR GOOD CAUSE SHOWN, respondent is hereby GRANTED an extension of time, to and including June 15, 2007, to file a response in this matter.

DATED: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE